IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDY K. FLEURY,<br><br>        Plaintiff,<br><br>vs.<br><br>JUDY S. PROPERTIES, LYNCH, Officer of Omaha Police Department; DARWIN MILLER, and his partner; MARYLYN MILLER, and THOMAS SHIRES II,<br><br>        Defendants. | **8:25CV476**<br><br>**ORDER TO SHOW CAUSE** |

      Plaintiff's original complaint named various parties, including the US Government and listed false imprisonment, theft by deception, abuse of power, "Terrisium," "groomed [unreadable] sex -trafficking," and 'plaintiff's child raped by husband's family' in the caption. (Filing No. 1). The complaint did not allege any specific facts in support. An amended complaint was filed on September 12, 2025 naming Defendants Judy S. Properties, Officer Lynch of the Omaha Police Department, "Darwin Miller and his partner Mariyln" and Thomas Shires II. (Filing No. 4). The amended complaint listed false imprisonment, sex-trafficking, abuse of power, theft by deception, traitor of American citizens, [unreadable] innocent children. (Filing No. 4). Plaintiff amended the complaint again on September 16, 2025, without first seeking permission to amend under Fed. R. Civ. P. 15. Filing No. 5 listed abuse of power, sex-trafficking, theft by deception, "torturing by scaring innocent children (police)," participating in defamation acts, traitor of the America. Plaintiff again named Judy S. Properties, Darwin Miller, Marylyn Miller, Officer Lynch, and Thomas Shires II as defendants.

Fed. R. Civ. P. 15 provides that a party may amend its pleading once as a matter of course, and in all other cases a party may amend its pleading only with the opposing party's written consent or the court's leave. The Local Rules in this District allow a court to consider an amended pleading as supplemental to, rather than as superseding the original pleading, unless the pleading states that it supersedes the prior pleading. NECivR 15.1(b). Accordingly, Filing No. 5 will not be stricken as filed without leave of the court. However, any further efforts to amend the pleadings must be filed in accordance with NECivR 15.1(a).

Pursuant to the federal rules of Civil Procedure and this court's rules, a complaint must be served within 90 days of filing the lawsuit. This action was filed on July 25, 2025 and the amendment of pleadings does not extend the time for service. The 90-day period for service passed on October 23, 2025. Plaintiff requested summons as to Defendants Judy S. Properties, Lynch, Marylyn Miller, Darwin Miller, and Thomas Shires II, but Plaintiff has not filed a return of service indicating service on any of the named defendants and none of the defendants have voluntarily appeared. The plaintiff will be ordered to show cause why this case should not be dismissed under Fed. R. Civ. P. 4(m) and for want of prosecution.

Accordingly,

IT IS ORDERED that plaintiff shall have until November 17, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 27th day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge