IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDY K. FLEURY,<br><br>        Plaintiff,<br><br>vs.<br><br>JUDY S. PROPERTIES, LYNCH, Officer of Omaha Police Department; DARWIN MILLER, and his partner; MARYLYN MILLER, and THOMAS SHORESII,<br><br>        Defendants. | 8:25CV476<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the Order to Show Cause, Filing No. 7. Plaintiff having failed to show cause, this case is dismissed without prejudice for want of prosecution under Federal Rule of Civil Procedure 4(m).

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this case be dismissed without prejudice.

Dated this 24th day of November, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge